SOTIRIOS SOFIANOPOULO, Appellant, v. STANDARD COMMERCIAL TOBACCO COMPANY, INC., Respondent.— Order of April ninth affirmed. Order of March 29, 1918, so far as appealed from reversed, with ten dollars costs and disbursements, and motion to vacate order of March 11, 1918, granted on condition that plaintiff pay all costs which have been taxed or are taxable in this action; otherwise, motion granted and leave to discontinue

denied. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of the Application of JAMES QUIGLEY, Appellant, for a Peremptory Writ of Mandamus against RICHARD E. ENRIGHT, as Commissioner of Police of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.